FILED

2008 Jan-31  PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| NATHAN JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-G-1105-M |
| | ) |
| WARDEN JAMES DELOACH; ATTORNEY | ) |
| GENERAL FOR THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 21, 2007 recommending that the petition for writ of habeas corpus be denied.  On January 7, 2008 retained counsel filed a Motion to Withdraw.  An order was entered on January 9, 2008 granting the motion to withdraw and directing the clerk to mail a copy of the December 21, 2007 findings and recommendation to Mr. Jones at his current place of confinement.  Mr. Jones was allowed until January 25, 2008 in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED.  A Final Judgment will be entered.

DONE and ORDERED 31 January 2008.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.